UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| CARLOS HERRERA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COHEN FASHION OPTICAL, LLC,<br><br>Defendant. | Civil Action No.<br><br>**NOTICE OF REMOVAL**<br>*Document Electronically Filed* |

TO:   United States District Court
      District of New Jersey, Newark Vicinage

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant Cohen Fashion Optical, LLC ("Defendant"), by and through its attorneys, Goldberg Segalla LLP, submits this Notice of Removal from the Superior Court of New Jersey, Law Division, Hudson County of the action pending therein under Docket No. HUD-L-2245-23 entitled *Carlos Herrera, on behalf of himself and all others similarly situated, v. Cohen Fashion Optical, LLC* (the "State Action"), to the United States District Court for the District of New Jersey – Newark Vicinage. In support of said Notice, Defendant states as follows:

### Nature of Action

1.  This lawsuit only asserts violations of a federal law, the Americans with Disabilities Act, 42 U.S.C. §§ 12181, *et seq*. (the "ADA").

2.  Specifically, Plaintiff asserts Defendant deprived of access to Defendant's website because of his alleged disability.

37213289

3. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings and orders served[1] on Defendant are attached hereto as **Exhibit A**.

### Timeliness of Removal

4. On or about June 23, 2023, Plaintiff Carlos Herrera ("Plaintiff") commenced the Action.

5. Defendant became aware of this lawsuit on or about July 10, 2023, via delivery of the Summons and Complaint.

6. A true and correct copy of the cover letter, Summons, and Complaint that Defendant received are attached hereto as **Exhibit A**. Although the cover letter is dated June 29, 2023, Defendant did not actually receive same until on or about July 10, 2023.

7. 28 U.S.C. § 1446(b)(1) requires Defendant to file this Notice of Removal within 30 days of receipt of Plaintiff's Complaint. As Plaintiff's Complaint was not sent out for service until June 29, 2023, and Defendant did not receive it until on or about July 10, 2023, this Notice of Removal is timely.

### Original Jurisdiction – ADA

8. "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

9. 28 U.S.C. § 1441(a) provides that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

---

[1] Defendant does not concede that Plaintiff properly served Defendant. However, this issue is immaterial for purposes of this Notice, and will be raised at the appropriate time if appropriate.

37213289

10. Because the ADA is a law of the United States, this Court has original jurisdiction over Plaintiff's claims asserted under the ADA. As Plaintiff only asserts claims under the ADA, this Court has original jurisdiction over all of Plaintiff's claims.

## Compliance with Notice Procedures

11. The applicable procedure for removal is set forth in 28 U.S.C. § 1446(a) and (d). Specifically, 28 U.S.C. § 1446(a) states:

> A defendant or defendants desiring to remove any civil action from a State court shall file in the district court of the United States for the district and division within which such action is pending a notice of removal signed pursuant to Rule 11 of the Federal Rules of Civil Procedure and containing a short and plain statement of the grounds for removal, together with a copy of all process, pleadings, and orders served upon such defendant or defendants in such action.

12. This Notice satisfies the requirements of 28 U.S.C. § 1446(a).

13. Written notice of the filing of this Notice of Removal has been given to Plaintiff's counsel in accordance with 28 U.S.C. § 1446(d) promptly after its filing.

14. A copy of the Notice of Removal is being filed simultaneously with the Superior Court of New Jersey, Law Division, Hudson County in accordance with 28 U.S.C. § 1446(d).

## Venue

15. Venue is appropriate under 28 U.S.C. § 1391(b)(2), because a substantial part of the events or omissions Plaintiff alleges give rise to the claim occurred within this District.

**WHEREFORE,** Defendant Cohen Fashion Optical, LLC, respectfully gives notice to this Court of the removal of the state action in the Superior Court of New Jersey, Law Division, Hudson County to the United States District Court for the District of New Jersey, Newark Vicinage.

**GOLDBERG SEGALLA LLP**

By: */s/ Jeremy S. Cole*
Caroline J. Berdzik, Esq. (Bar No.:15561999)
Jeremy S. Cole, Esq. (Bar No.:165662018)
Mailing address:  PO Box 580, Buffalo, NY 14201
301 Carnegie Center, Suite 200
Princeton, NJ 08540-6587
609-986-1300
609-986-1301 (Facsimile)
cberdzik@goldbergsegalla.com
jcole@goldbergsegalla.com
*Attorneys for Defendants*
*Cohen Fashion Optical, LLC*

Dated: July 28, 2023

To:   Civil Clerk, Superior Court of New Jersey
William J. Brennan Jr. Courthouse
583 Newark Avenue, Floor 3
Jersey City, NJ 07306
*Via eCourts*

Daniel Zemel, Esq.
Zemel Law LLC
660 Broadway
Paterson, NJ 07514
Attorney for Plaintiff Carlos Herrera
*Via eCourts*