IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARLOS HERRERA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COHEN FASHION OPTICAL, LLC,<br><br>Defendant. | Civil Action No. 2:23-cv-04048-BRM-AME |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to F.R.C.P. 41(a)(1)(A)(ii), the Parties, by and through their undersigned counsel, hereby stipulate and agree to the dismissal of this action, with prejudice and without costs.

Respectfully submitted,

**GOLDBERG SEGALLA, LLP**

By: */s/ Jeremy S. Cole*
Caroline J. Berdzik, Esq. (15561999)
Jeremy S. Cole, Esq. (165662018)
301 Carnegie Center, Suite 200
Princeton, NJ 08540-6587
Telephone: 609-986-1300
Facsimile: 609-986-1301
cberdzik@goldbergsegalla.com
jcole@goldbergsegalla.com
*Attorney for Defendant Cohen Fashion Optical, LLC*

Dated: March 27, 2024

So Ordered,

_____, U.S.D.J.
Dated: 28 March 2024

**ZEMEL LAW, LLC**

By: */s/ Daniel Zemel*
Daniel Zemel, Esq.
400 Sylvan Avenue
Suite 200
Englewood Cliffs, NJ 07632
T: (862) 227-3106
F: (973) 282-8603
DZ@zemellawllc.com
*Attorneys for Plaintiff Carlos Herrera*

Dated: March 27, 2024

38988723